**Kevin P. WILSON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101216**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: May 12, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied June
23, 2015

Application for Transfer Denied
September 22, 2015

Srikant Chigurupati, Missouri Public
Defender Office, St. Louis, MO, for Appel-
lant.

Chris Koster, Attorney General, Evan
Joseph Buchheim, Assistant Attorney Gen-
eral, Jefferson City, MO, for Respondent.

Before Sherri B. Sullivan, P.J., Mary K.
Hoff, J., and Philip M. Hess, J.

*ORDER*

PER CURIAM

Kevin P. Wilson (Movant) appeals from
the motion court's Findings of Fact, Con-

clusions of Law and Judgment on Movant's Amended Motion to Vacate, Set Aside, or Correct Judgment and Sentence and Request for Evidentiary Hearing denying Movant's Rule 29.15 claims for post-conviction relief. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).